JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

TODD M. FRIEDMAN (SBN 216752)
SUREN N. WEERASURIYA (SBN 278521)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228
*tfriedman@attorneysforconsumers.com*
*sweerasuriya@attorneysforconsumers.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSH SPECTOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MARKETING & PROCESSING, INC. dba PRECISION AUTO PROTECTION, a Florida Corporation; and DOES 1 through 20, inclusive, and each of them,<br><br>Defendants. | Case No.: 2:14-cv-07050<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]<br><br>Judge: Hon. Margaret M. Morrow<br><br>Action Filed: September 09, 2014 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FRCP RULE 41(A)(1)(A)(I)

-1-

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Josh Spector dismisses this action **without prejudice**. This notice is being filed and served prior to defendant Advanced Marketing & Processing, Inc. dba Precision Auto Protection ("Defendant" or "Precision Auto") being served with the Complaint and Summons and prior to Defendant filing an answer, a motion for summary judgment, or motion to dismiss. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated: October 8, 2014           Respectfully submitted,

                          By:    /s/ John P. Kristensen

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

Todd M. Friedman (SBN 216752)
*tfriedman@attorneysforconsumers.com*
Suren N. Weerasuriya (SBN 278521)
*sweerasuriya@attorneysforconsumers.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number 2:14-cv-07050 entitled JOSH SPECTOR, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED V. ADVANCED MARKETING & PROCESSING, INC. DBA PRECISION AUTO PROTECTION, ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on October 8, 2014.

*/s/ Neil Ortlani*
Neil Ortlani